

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00207-CR

Justin Olle
v.
The State of Texas

On Appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 13-CR-3607-B(S1)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and rendered in part and affirmed in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART AND AFFIRMED IN PART for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

September 17, 2015